February 22, 2008

Ms. Marie R. Yeates
Vinson & Elkins
1001 Fannin St., Ste. 2500
Houston, TX 77002-6760
Mr. Rance L. Craft
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

RE: Case Number: 05-0372
 Court of Appeals Number: 03-03-00770-CV
 Trial Court Number: GN-203154

Style: EL PASO HOSPITAL DISTRICT D/B/A R.E. THOMASON GENERAL HOSPITAL
 DISTRICT, ET AL.
 v.
 TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND DON GILBERT,
 COMMISSIONER

Dear Counsel:

 Today the Supreme Court of Texas granted the Motion for Rehearing and
delivered the enclosed opinion and judgment in the above-referenced cause.
The opinion and judgment issued August 31, 2007 is withdrawn.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Amalia |
| |Rodriguez-Mendoza |
| |Mr. Jeffrey D. Kyle |
| |Mr. Ron Beal |